# ABE RAPPAPORT
ATTORNEY AT LAW
195 ROUTE 46 WEST
SUITE 6
TOTOWA, NEW JERSEY 07512
-----------
**(973) 785-1799**
-----------
**TELECOPIER (973) 785- 4777**
-----------
EMAIL: arappaport@rappaport-law.com

JEFFREY KANTOWITZ
OF COUNSEL
jkantowitz@rappaport-law.com

BRIAN PEYKAR
OF COUNSEL
bpeykar@rappaport-law.com
-------------
MEMBERS NJ AND NY BARS

NEW YORK OFFICE
111 22ND STREET
SECOND FLOOR
BROOKLYN, NEW YORK 11232
(212) 828-0727
FAX (212) 202-3772

Mr. Saintil Joseph
Jacob's Limousine Transportation, Inc.
422 South 12th Street
Newark, New Jersey 07103

FOR SERVICES RENDERED AND DISBURSEMENTS INCURRED in connection with Jacob's Limousine Transportation, Inc. v. City of Newark, et al., Civil Action No. 2:09-6331 (CCC-JAD) from August 6, 2013 through October 6, 2013:

August 6, 2013 Prepare letter to Judge Dickson (under April 2, 2013 Report and Recommendation) discussing compliance by Newark, and proposed remedies, including: outline of issues to discuss, review of notes of 4-22-13 conference with Judge Dickson, and deposition transcript of Mr. Ade Afolabi                    2.4

August 11, 2013 Draft Letter to Judge Dickson discussing issues of non-compliance, including: non-payment of settlement money despite letters of June and July 2013 and communications with counsel for Newark, failure of compliance with terms of Agreement respecting valid zoning and regulation of autocabs; review of deposition transcripts of Ms. T. Shorte, and Sgt. F. Pierre, transmit draft of letter to Mr. S. Joseph for review and comment                                                             6.0

August 12, 2013, teleconferences with Mr. S. Joseph regarding letter and suggested changes (1.1), revise, finalize, and file with federal Court and counsel letter to Judge Dickson, including: suggested changes of Mr. S. Joseph, references to letters to Newark counsel respecting settlement money and identification of signatory to Agreement, add references to deposition transcripts statements of witnesses regarding lack of

knowledge of settlement agreement and duty and obligations of
vigilance and compliance (5.5)                                  6.6

August 13, 2013 Review assembly of transcripts and exhibits,
submit to Court and counsel copies of deposition transcripts and
exhibits from subpoenas referred to in August 12 letter         1.0

August 13, 2013 Assemble transcripts and exhibits from
depositions for submission to court and counsel (PARALEGAL) 1.6

August 16, 2013 Draft and file letter requesting rescheduling of
September 5 conference because of Jewish holidays               0.3

August 28, 2013 Office conference in Totowa with Mr. Joseph
regarding: non-payment of settlement money, communication with
counsel and Newark, pending collection litigation with Jacob's'
former counsel                                                  1.6

September 4, 2013 Teleconference with Mr. Joseph regarding re-
scheduling of conference and timing for Newark reply            0.2

September 11, 2013 Review ECF entry regarding change of federal
magistrate, teleconference with Mr. Joseph, teleconference with
Judge Dickson's chambers, draft and file letter to Court
opposing change of magistrate assignment                        1.4

September 16, 2013 Initial review of September 16 letter reply
of Newark                                                       0.1

September 17, 2013 Review Newark reply letter of September 16,
transmit to Mr. Joseph, teleconference regarding response by
Jacob's, draft letter regarding outstanding $300,000 payment and
omission of any mention by Newark                               1.7

September 18, 2013 Fax and mail letter response regarding
$300,000 payment, teleconference with Mr. Joseph regarding
further response to Newark letter                               0.9

September 23, 2013 Outline response letter, teleconference with
Mr. Austin regarding status of payment                          0.1

September 25, 2013 Teleconference and texting with Mr. Austin
regarding status of voucher and contact information, send and
review emails of Mr. Austin regarding pick up of voucher,
teleconference with Mr. Joseph regarding pick up of voucher
(0.7), draft, revise, finalize and file with court and counsel
response to Newark September 16, 2013 letter, including issue of
settlement, identification of Jacob's as payee and rationale,
teleconferences (3x) with Mr. Joseph regarding drafts of
response and comments on drafts (2.4)                           3.1

September 29, 2013 Review Newark letter of September 27, 2013 regarding status of $300,000 payment, draft and send September 29 letter reply                                                                    0.8

September 30, 2013 Teleconference with Mr. Austin regarding status of payment, send and review emails regarding status of voucher and identification of and rationale for payee (0.4), draft and transmit additional September 30 letter respecting identification of payee and rationale (0.4)              0.8

October 1, 2013 Prepare for October 4, 2013 case conference, meet with Mr. Joseph in South Orange to discuss issues and prepare for conference (3.4), send and review emails to Mr. Austin regarding status of voucher and payment (.5)       3.9

October 3, 2013 Review exhibits and letters and prepare remarks and responses to issues of compliance, payment, special master, and timeliness of driver applications and licensing, in anticipation of October 4, 2013 case conference         2.3

October 4, 2013 Attend case conference in Newark before Judge Dickson with Mr. Austin and Mr. Joseph (1.8), confer with Mr. Joseph regarding proceedings and court rulings, teleconference with Clerk office and Judge Dickson Clerk's office to order transcript (0.7)                                                     2.5

October 6, 2013 Prepare certification of counsel for award of fees                                                                            0.9

TOTAL HOURS:   Attorney (all by Jeffrey Kantowitz unless otherwise noted                                                           36.6

        Paralegal                                                    1.6

HOURLY RATES

Jeffrey Kantowitz, attorney   $325
Paralegal                     $ 90

FEES (Hours x $325/hr.):   36.6 x $325  =      $11,895.00

                        1.6 x $90    =      $   144.00

                                                                        $<u>12,039.00</u>